# U.S. DISTRICT COURT
# DISTRICT OF NEW JERSEY

## OFFICE OF THE CLERK
*Martin Luther King Building and U.S. Courthouse*
*50 Walnut Street, Room 4015*
*Newark, New Jersey 07101*

**CAMDEN OFFICE**
Mitchell H. Cohen Building and
U.S. Courthouse
One John F. Gerry Plaza
Fourth & Cooper Streets, Room 1050
Camden, New Jersey 08101

**TRENTON OFFICE**
Clarkson S. Fisher Building and
U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

April 28, 2025



Attention: MDL Clerk

MDL 3080 – Order Lifting Stay (re: CTO-26)
IN RE: INSULIN PRICING LITIGATION

**1:25-04038**
**Chicago Tile Institute Welfare Fund v. Eli Lilly & Co et al**

Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation transferring the above-entitled action(s) presently pending in your Court to the District of New Jersey and assigning the matter(s) to the Honorable Brian R. Martinotti, U.S.D.J. for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.

If your court is currently on CM/ECF Version 3.0 or higher, you can transfer the case to us via "Case Extraction" found in the **Utilities** menu. Please note, after completing this process the NEF screen will display the following message:

"Sending e-mail to: InterdistrictTransfer_NJD@njd.uscourts.gov ."

If this message is *not* displayed, we have not received notice. In the event this occurs, we will initiate the procedure to retrieve the transferred case(s) upon receipt of the e-mail.

If your court does not utilize the CM/ECF transfer functionality, please contact the clerk at the following e-mail address: keith_guthrie@njd.uscourts.gov . Upon receipt, the documents will be retrieved using the court's Pacer account.

If you have any questions, please contact me at 973-645-4562.

Very truly yours,

Melissa E. Rhoads, Clerk

*Keith Guthrie, Deputy Clerk*