

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton                                                                 312-435-5670
Clerk

4/28/2025

District of New Jersey, Newark Division

Re:   Chicago Tile Institute Welfare Fund v. Eli Lilly & Co et al

USDC Case Number:   1:25-cv-4038

MDL Number:   3080

Dear Clerk:

Enclosed is the certified record that is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 4/28/2025**:**

☒ Was electronically transmitted to: the District of New Jersey, Newark

☐ Paper documents sent via certified mail:

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                                                      Sincerely.
                                                     Thomas G. Bruton, Clerk

                                                      By:   /s/ Jaclyn Pieczkiewicz
                                                                Deputy Clerk

Enclosures

**New Case No.** _____                **Date** _____

cc:   Non-ECF Attorneys and Pro se Parties

Rev. 11/10/2016